IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

THELMA WILLIAMS, JR.,  PLAINTIFF
ADC #93197

v.  No. 5:11CV00062 JLH-JTK

STEPHANIE NORVELL, *et al.*  DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a <u>de novo</u> review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff Williams' request to proceed <u>in forma pauperis</u> (Doc. No. 9) is DENIED.

IT IS FURTHER ORDERED that if Plaintiff wishes to continue this case, he must submit the statutory filing fee of $350 to the Clerk, noting the above case style and number within ten (10) days of the date of this Order, along with a motion to reopen the case. Upon receipt of the motion and full payment, the case will be reopened.

IT IS FURTHER ORDERED that all other pending motions are DENIED as moot.

IT IS FURTHER ORDERED that this case is DISMISSED without prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 19th day of April, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE