IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

THELMA WILLIAMS, JR.,                                                                  PLAINTIFF
ADC #93197

v.                                    No. 5:11CV00062 JLH-JTK

STEPHANIE NORVELL, *et al*.                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ORDERED this 19th day of April, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE